UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRANDON MCNAIR,

    Plaintiff,

   -v-       6:25-CV-719 (DNH/ML)

JUDGE MICHAEL DWYER *et al.*,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## **ORDER ON REPORT & RECOMMENDATION**

On June 9, 2025, *pro se* plaintiff Brandon McNair ("plaintiff") filed this 42 U.S.C. § 1983 action alleging that defendants his civil rights in connection with his arrest on July 27, 2020. Dkt. No. 1. Along with his complaint, plaintiff moved for leave to proceed *in forma pauperis* ("IFP Application"). Dkt. No. 2.

Thereafter, plaintiff filed an amended complaint as of right, Dkt. No. 5, and then moved for leave to file a second amended complaint, Dkt. No. 6. U.S. Magistrate Judge Miroslav Lovric denied plaintiff's motion for leave to further amend without prejudice to renew, Dkt. No. 7. In response, plaintiff filed a *second* motion for leave to file a *second* amended complaint, Dkt. No. 8.

On February 20, 2026, Judge Lovric denied plaintiff's IFP Application, granted his motion for leave to file a second amended complaint, and, after an initial review of that pleading, advised by Report & Recommendation ("R&R") that plaintiff's second amended complaint be dismissed with partial leave to amend as to his claims against defendants Cimpi, County of Oneida, Maciol, and John/Jane Doe.  Dkt. No. 11.

Plaintiff has lodged objections.[1]  Dkt. No. 13.  Upon *de novo* review, the R&R is accepted and will be adopted.  *See* 28 U.S.C. § 636(b)(1)(C).

Therefore, it is

ORDERED that

1.  The Report & Recommendation (Dkt. No. 11) is ACCEPTED;

2.  Plaintiff's second amended complaint (Dkt. No. 12) is DISMISSED with partial leave to amend in accordance with Judge Lovric's R&R; and

3.  Any further amended pleading filed by plaintiff must be accompanied by payment of the $405.00 filing fee or by a completed, signed IFP Application.

The Clerk of the Court is directed to terminate the pending motion and administratively close this action because plaintiff has thus far failed to properly commence it.

IT IS SO ORDERED.

---

[1]  Although plaintiff has not yet properly commenced this action and service has not been ordered, defendant Cimpi has responded to plaintiff's objections, Dkt. No. 14.

Dated:  March 31, 2026
       Utica, New York.

David N. Hurd
U.S. District Judge